Order issued October *29* , 2012

004626



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00418-CV

## NORTH CENTRAL DISTRIBUTORS, INC., Appellant

## V.

## MINYARD FOOD STORES, INC., Appellee

## ORDER

We **GRANT** appellant's October 16, 2012 motion for an extension time to file a reply brief.

We **ORDER** the reply brief tendered to this Court by appellant on October 16, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE